**Fae DRISCOLL, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2009–3073.

United States Court of Appeals, Federal Circuit.

March 10, 2009.

Keith Goffney, Law Offices of Keith Goffney, Los Angeles, CA, for Petitioner.

**ORDER**

Counsel having failed to become a member of the bar of this court as required by the Federal Circuit Rule 46, it is

·ORDERED that the appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.